762

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Manton Lawrence Selby, who has been disciplined in the State of California, is suspended from the practice law in the State of Illinois for 30 days and placed on probation for two years subject to the conditions of probation imposed by the Supreme Court of California.

Suspension effective October 18, 2005.

Respondent Manton Lawrence Selby shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension/probation.

*In re* **SISLER**, William Ellis (MR 20210)
Freeport, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent William Ellis Sisler is censured.

*In re* **SPIEGEL**, Andrew Barry (MR 20298)
Hinsdale, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Andrew Barry Spiegel is censured.

*In re* **TANNER**, David Thomas (MR 20220)
Pulaski, NY

Order of the Court:

The motion by David Thomas Tanner to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **THOMAS**, Robert C. (MR 20289)
Hinsdale, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is allowed. Respondent Robert C. Thomas is suspended from the practice of law for 18 months.